IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUFINO URQUIDI CASTILLO,

    Petitioner,

v.                                                                                     Civ. No. 25-0694-KG-DLM

STATE OF NEW MEXICO,

    Respondent.

## ORDER GRANTING EXTENSION

This matter is before the Court on Petitioner's Emergency Motion for Extension to Address Habeas Corpus Issues. (Doc. 4) (Motion). Petitioner is a state prisoner and is proceeding *pro se*. The Court previously directed him to file a response showing cause, if any, why his 28 U.S.C. § 2254 claims should not be dismissed without prejudice for failure to exhaust state remedies. (Doc. 2). The initial show-cause deadline expires on December 18, 2025. Due to a prison transfer, Petitioner did not initially receive the ruling on exhaustion. (Doc. 4) at 1, 4 (reflecting the new address). He seeks a 90-day extension of the deadline to file a show-cause response. *Id.* The Court will grant the Motion and extend the response deadline through March 18, 2026. If Petitioner fails to timely file a response and overcome the exhaustion requirement, this case may be dismissed without further notice.

The Court also reminds Petitioner that he must mail all filings to the Clerk's Office at the following address:

    Pete V. Domenici United States Courthouse
    333 Lomas Blvd. NW
    Suite 270
    Albuquerque, NM 87102-9843

As a courtesy, the Court accepted a forwarded copy of the Motion from a local attorney who does not represent Petitioner. However, the Court may not receive future filings that are mailed to other addresses.

    IT IS ORDERED:

    1. Petitioner's Emergency Motion for Extension to Address Habeas Corpus Issues (Doc. 4) is granted.

    2. The deadline to file a show-cause response addressing exhaustion is extended through March 18, 2026.

                                    /s/Kenneth J. Gonzales_____
                                      CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.